IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bailey, Kurtisten

Printed: 1/15/08

Case Number:  07 B 17974
Judge:  Wedoff, Eugene R
Filed:  10/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 29, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 2. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Greater Suburban Acceptance Co | Secured | 15,000.00 | 0.00 |
| 6. | Citi Residential Lending | Secured | 5,500.18 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 50.00 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 769.29 | 0.00 |
| 9. | Village of Homewood | Unsecured | 250.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 130.42 | 0.00 |
| 11. | Midland Credit Management | Unsecured | 313.81 | 0.00 |
| 12. | AIS Services | Unsecured |  | No Claim Filed |
| 13. | AAC | Unsecured |  | No Claim Filed |
| 14. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 15. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 19. | Comcast | Unsecured |  | No Claim Filed |
| 20. | America's Financial Choice Inc | Unsecured |  | No Claim Filed |
| 21. | Kmart Corp | Unsecured |  | No Claim Filed |
| 22. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 23. | Illinois Dept Of Healthcare And Family | Unsecured |  | No Claim Filed |
| 24. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bailey, Kurtisten

Printed: 1/15/08

Case Number: 07 B 17974
Judge: Wedoff, Eugene R
Filed: 10/2/07

| | | | |
|---|---|---|---|
| 26. | Fairlane Credit L.L.C. | Unsecured | No Claim Filed |
| 27. | USA Payday Loans | Unsecured | No Claim Filed |
| 28. | Washington Mutual Bank FA | Unsecured | No Claim Filed |
| 29. | AFNI | Unsecured | No Claim Filed |
| 30. | TCF Bank | Unsecured | No Claim Filed |
| 31. | Van Ru Credit Corporation | Unsecured | No Claim Filed |

$ 22,013.70          $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_